KATHRYN D. ENSIGN, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, HARTFORD, CONNECTICUT, Appellant.

*Insurance — accident — action to recover on two policies of accident insurance — death from burning — identity of body.*

*Ensign* v. *Travelers Ins. Co.*, 193 App. Div. 369, affirmed.

(Argued January 31, 1922; decided February 28, 1922.)

APPEAL from a judgment of the Appellate Division in the Supreme Court in the third judicial department, entered September 13, 1920, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon two policies of accident insurance payable to plaintiff and insuring the life of her husband, who, the complaint alleged, died as the result of burning and smothering due to the burning of a summer cottage. The defense was that the body found in the ruins had not been properly identified as that of the insured.

*P. C. Dugan* for appellant.

*John L. Crandall* and *Mark Duntz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.